FILED: April 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1413
(2:23-cv-06838-BHH)

_____

TRUDY B. GRANT; SARAH KRAWCHECK; NASHONDA HUNTER; MAX MILLIKEN; CALEB CLARK

  Plaintiffs - Appellants

 and

JORDAN MAPP

  Plaintiff

v.

HOWARD KNAPP, as the Executive Director of the South Carolina Election Commission; JOANNE DAY, as a Member of the South Carolina Election Commission, and Charleston County Board of Elections and Voter Registration; CLIFFORD J. EDLER, as a Member of the South Carolina Election Commission, and Charleston County Board of Elections and Voter Registration; LINDA MCCALL, as a Member of the South Carolina Election Commission, and Charleston County Board of Elections and Voter Registration; SCOTT MOSELEY, as a Member of the South Carolina Election Commission, and Charleston County Board of Elections and Voter Registration; CHARLESTON COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; DENNIS SHEDD, Chair

  Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Charleston |
| Originating Case Number | 2:23-cv-06838-BHH |
| Date notice of appeal filed in originating court: | 04/15/2025 |
| Appellant(s) | Trudy B. Grant, Sarah Krawcheck, Nashonda Hunter, Max Milliken, and Caleb Clark |
| Appellate Case Number | 25-1413 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |