FILED: September 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1413
(2:23-cv-06838-BHH)

---

TRUDY B. GRANT; SARAH KRAWCHECK; NASHONDA HUNTER; MAX MILLIKEN; CALEB CLARK

Plaintiffs - Appellants

and

JORDAN MAPP

Plaintiff

v.

CONWAY BELANGIA, as the Executive Director of the South Carolina Election Commission; JOANNE DAY, as a Member of the South Carolina Election Commission; CLIFFORD J. EDLER, as a Member of the South Carolina Election Commission; ANGELA STRINGER, as a Member of the South Carolina Election Commission; SCOTT MOSELEY, as a Member of the South Carolina Election Commission; CHARLESTON COUNTY BOARD OF ELECTIONS AND VOTER REGISTRATION; ROBERT BOLCHOZ, Chairman of the South Carolina State Election Commission

Defendants - Appellees

------------------------------

CONSTITUTIONAL ACCOUNTABILITY CENTER

Amicus Supporting Appellant

MISSOURI AND SIXTEEN OTHER STATES

Amicus Supporting Rehearing Petition

---

O R D E R

---

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Gregory, Judge Harris, and Judge Richardson.

For the Court

/s/ Nwamaka Anowi, Clerk